

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00694-CV

Jayme Bobette **ESTES**,
Appellant/Cross-Appellee

v.

Terry **LEIFESTE**, Individually and as Trustee of the Leifeste 2001 Descendants Trust,
Appellee/Cross-Appellant

From the 452nd District Court, Mason County, Texas
Trial Court No. 215999
Honorable Robert Rey Hofmann, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the part of the trial court's July 21, 2022 final judgment denying Plaintiff's Amended Motion for Sanctions and Attorney's Fees is AFFIRMED. Additionally, the parts of the trial court's July 21, 2022 final judgment granting Defendant's Amended Motion for Combined No-Evidence and Traditional Summary Judgment and Brief, and denying Plaintiff's Motion to Strike the August 9, 2021 affidavit of Rick Yeager (Exhibit "D") are REVERSED; and this case is REMANDED to the trial court for proceedings consistent with our opinion.

It is ORDERED that Appellee/Cross-Appellant Terry Leifeste, Individually and as Trustee of the Leifeste 2001 Descendants Trust, recover his costs on appeal from Appellant/Cross-Appellee Jayme Bobette Estes.

SIGNED August 7, 2024.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice